GEORGE F. SECOR and Another, Appellants, *v.* MILLARD HEYMAN, Respondent.

Supreme Court, Appellate Term, First Department, May 8, 1924.

Trial — arguments of counsel — action by stockbrokers against customer — prejudicial error for defendant's counsel to state that many men are sitting on benches in park because they lost money in Wall street.

In an action instituted by a firm of stockbrokers to recover against its customer the price of certain stock purchased it was prejudicial error for the defendant's counsel to state to the jury that " there is many a man sitting on the benches in the park because he lost his money down in Wall street."

GUY, J., dissents.

APPEAL by plaintiff from a judgment of the Municipal Court of the city of New York, borough of Manhattan, first district, in favor of the defendant entered upon the verdict of a jury.

. *Philip C. Samuels* (*Philip C. Samuels* and *Max Lazarus*, of counsel), for the appellants.

*Abraham B. Keve*, for the respondent.

*Per Curiam.* In an action instituted by a firm of stockbrokers to recover against its customer the price of certain stock purchased on his behalf, the defendant's counsel in his summation to the jury said: " There is many a man sitting on the benches in the park because he lost his money down in Wall street." This remark was unwarranted and grossly prejudicial to plaintiffs' rights, and demands a reversal of the judgment and a new trial.

. Judgment reversed and a new trial ordered, with thirty dollars costs to appellants to abide the event.

WAGNER and WASSERVOGEL, JJ., concur; GUY, J., dissents.

Judgment reversed. _____